UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE APPOINTMENT :

        OF                                   :        ORDER

                                            :        M10-468

CRIMINAL JUSTICE ACT PANEL FOR :
FOLEY SQUARE, WHITE PLAINS :
      CAPITAL CASE PANEL         :
                AND                      :
          HABEAS PANEL             :

---

       The following attorneys are hereby appointed to the Criminal Justice Act Panel serving the Foley Square Courthouse, the White Plains Courthouse and the Capital Case Panel and the Habeas Panel for a three (3) year term commencing January 1, 2023 and expiring on December 31, 2025. This order is issued pursuant to a resolution of the Board of Judges approved on November 30, 2022.

## FOLEY SQUARE PANEL

| | |
|---|---|
| Camille Abate | Steven Lynch |
| Leonardo M. Aldridge | Elizabeth Macedonio © |
| David B. Anders | Susan Marcus © |
| Michael K. Bachrach © | Glen G. McGorty [Kelly Currie] |
| Martin S. Bell [Mark J. Stein] | Kenneth Montgomery © |
| John M. Burke | Aaron Mysliwiec |
| Noam Biale [Michael Tremonte] | Max Nicholas |
| Michael Bloch | Esere Onadowan [Christine Delince] |
| Russell Capone | Grainne O'Neil |
| Kate Cassidy [Tim Kasulis] | Jeffrey G. Pittell |
| Anthony Cecutti | James Roth |
| Kelly Currie [Glen McGorty] | Sara Sachs [Bennett Epstein] |
| Jenna Dabbs | Carla Sanderson |
| Cesar de Castro | Lisa Scolari |
| Christine Delince [Esere Onadowan] | Sabrina Shroff |
| Thomas Dunn | Jesse M. Seigel |
| Elena Fast | Mark J. Stein [Martin S. Bell] |
| Louis Fasulo | David Stern © |
| Harvey Fishbein © | Natali Todd© |
| Jason Foy | Donald Yanella © |
| Samuel Gregory | John Zach |
| Christopher Gunther | Benjamin Zeman |
| Joshua J. Horowitz | Lisa Zornberg [John Gleeson] |
| Tim Kasulis [Kate Cassidy] | |
| Matthew J. Kluger | |

© Applicant is also on Capital Case Panel
[ ] Applicant shares a spot

## WHITE PLAINS PANEL

| | |
|---|---|
| Michael K. Burke | James Roth |
| Francis O'Reilly | John S. Wallenstein |

## WHITE PLAINS STANDBY

| | |
|---|---|
| Leonard M. Aldridge | Jesse M. Siegel |
| John M. Burke | David Stern |
| Grainne O'Neil | Natali Todd |
| Jeffrey G. Pittell | |

## CAPITAL PANEL

| | |
|---|---|
| Michael K. Bachrach | Aaron Mysliwiec © |
| Harvey Fishbein | Esere Onaodowan © |
| Matthew J. Kluger © | David Stern © |
| Elizabeth Macedonio | Natali Todd |
| Susan Marcus | Donald J. Yanella |
| Kenneth Montgomery | |

## HABEAS PANEL

| | |
|---|---|
| John M. Burke | Jeffrey G. Pittell |

SO ORDERED.

_____
Laura Taylor Swain
Chief Judge

Dated: December 9, 2022
     New York, New York

© Applicant is also on Capital Case Panel
[ ] Applicant shares a spot